United States Courts
Southern District of Texas
FILED
October 14, 2026
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**YIYANG WU (a.k.a. "ANDY")**,

Defendant.

**Case No. 4:26-CR-** 674

# **INDICTMENT**

THE GRAND JURY CHARGES THAT:

## **COUNT ONE**
(*Improper Use of Another's Passport*)

On or about March 28, 2021, and continuing through on or about April 26, 2023, in the Southern District of Texas, the defendant,

**YIYANG WU (a.k.a. "ANDY")**

willfully and knowingly used a Chinese passport, which passport had been issued and designed for the use of another person, to wit, victim Y.J., in that the defendant presented the said passport to the Houston Police Department and the District Court of Harris County, Texas as his own for purposes of identification.

In violation of Title 18, United States Code, Section 1544.

**A TRUE BILL.**

ORIGINAL SIGNATURE ON FILE

**FOREPERSON OF THE GRAND JURY**

DATED: October 14, 2026
Houston, Texas

**AARON F. REITZ**
United States Attorney

John Sergei Ganz
Assistant United States Attorney
Southern District of Texas