USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

No. **4:26-cr-674**

USAO#: 2026R14271

MAG NO.

United States Courts
Southern District of Texas
FILED

CRIMINAL INDICTMENT

Filed: *October 14, 2026* Judge: **Hanks**

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:

| | |
|---|---|
| AARON F. REITZ, USA | (713) 567-9000 |
| JOHN S. GANZ, AUSA | (713) 567-9000 |

| | | Appt'd | Private |
|---|---|---|---|
| Yiyang Wu, a/k/a Andy (Cts.1) | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Ct. 1: Misuse of a Passport [18 USC § 1544]

Charges Total Counts (1)

**PENALTY:**
Ct. 1: Up to 10 years imprisonment, $250,000 fine, 3 years SRT, $100 SA

☐ In Jail

☑ On Bond Yiyang Wu

☐ No Arrest

NAME & ADDRESS
of Surety
Emily Nguyen
2510 Tradewind Pass Drive
Missouri City, TX 77459

## PROCEEDINGS:

| |
|---|
| |
| |
| |
| |